**Order entered October 25, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00851-CR

**RYAN REAGOR REDD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-00007-H**

## ORDER

The reporter's record was due September 6, 2016. We granted a thirty-day extension upon the request of court reporter Crystal Jones, making the reporter's record due October 6, 2016. To date, the reporter's record has not been filed and we have had not communication from Ms. Jones.

Therefore, we **ORDER** Crystal Jones to file the reporter's record in this appeal within **FIFTEEN DAYS** of the date of this order. If the reporter's record is not filed by the date specified, the Court will utilize its available remedies, which may include ordering that Crystal Jones not sit as a court reporter until she files the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Crystal Jones, court reporter; and counsel for all parties.


/s/     ADA BROWN
JUSTICE